■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

DEEPCHAND N. GAYARAN, Appellant. [616 NYS2d 975] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Friedmann, J.), rendered May 17, 1991, convicting him of reckless endangerment in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence *(see,* CPL 470.15 [5]).

The hearing court's determination that the in-court identification of the defendant by Ms. Rambaran had a source independent of any suggestive pretrial identification procedure is supported by the record *(see, People v Hyatt,* 162 AD2d 713, 714; *People v Pittman,* 159 AD2d 594, 595; *People v Androvett,* 135 AD2d 640, 642).

Based upon our review of the court's charge to the jury, we find that the verdict is not repugnant as a matter of law *(see, People v Loughlin,* 76 NY2d 804, 806; *People v Tucker,* 55 NY2d 1, 7).

We have considered the defendant's remaining contentions and find them to be without merit. Mangano, P. J., O'Brien, Pizzuto and Santucci, JJ., concur.